1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GRADY SMITH,                          )        1:05-CV-0969 AWI WMW P
                                          )
12          Plaintiff,                    )        SECOND ORDER TO SUBMIT
                                          )         APPLICATION TO PROCEED IN FORMA
13      vs.                               )        PAUPERIS **OR**  FILING FEE
                                          )
14  DR. N. BARON, et al.,                 )
                                          )
15          Defendants.                   )
    _____)

16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

18  U.S.C. § 1983.  On August 22, 2005, the court ordered plaintiff to submit an application to proceed

19  in forma pauperis or pay the $250.00 filing fee.  On September 12, 2005, plaintiff submitted an

20  application to proceed in forma pauperis with the required original signature by an authoried officer

21  of the institution of incarceration, and a copy of his certified prison trust account statement.

22  However, plaintiff's application did not include his required original signature  as applicant on page.

23  See 28 U.S.C. § 1915.

24          Plaintiff shall be given an opportunity to submit a completed application with his original

25  signature on page two  as ordered by the court.  Pursuant to Local Rule 11-110, failure to comply

    with this order will result in a recommendation that this action be dismissed for failure to obey a

court order.   Accordingly, IT IS HEREBY ORDERED that:

1.   The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2.   Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis with his original signature, or in the alternative, pay the $250.00 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:    October 6, 2005**                           **/s/  William M. Wunderlich**
j14hj0                                                           UNITED STATES MAGISTRATE JUDGE