1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                                     EASTERN DISTRICT OF CALIFORNIA

10

11   GRADY SMITH,                           )        1:05-CV-0969 AWI WMW P
                                            )
12         Plaintiff,                       )
                                            )        ORDER DENYING MOTION FOR
13         v.                               )        APPOINTMENT OF COUNSEL
                                            )        (DOCUMENT #12)
14                                          )
     DR. N. BARON, et al.,                  )
15                                          )
                                            )
16         Defendants.                      )
     _____)

17

18         Plaintiff has requested the appointment of counsel.  The United States Supreme Court

19   has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

20   cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109

21   S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary

22   assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th

23   Cir. 1997).  Without a reasonable method of securing and compensating counsel, this court will seek

24   volunteer counsel only in the most serious and exceptional cases.

25         In the present case, the court does not find the required exceptional circumstances.  See

26   Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that he has

27   made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This

28                                                  1

1   court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of

2   counsel shall be denied.

3            In accordance with the above, plaintiff's request for the appointment of counsel is

4   HEREBY DENIED.

5   IT IS SO ORDERED.

6   **Dated:    October 10, 2006**                 **/s/  William M. Wunderlich**
    j14hj0                               UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28