IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY SMITH,

       Plaintiff,                CV F 05 0969 LJO WMW PC

   vs.

N. BARON, et al.,               ORDER RE MOTION (DOC 13)

       Defendants.

      Plaintiff has filed a motion for reconsideration of the Magistrate Judge's October 10, 2006, order denying Plaintiff's request for the appointment of counsel. Plaintiff's motion essentially restates Plaintiff's request for the appointment of counsel. Plaintiff makes no legal argument and offers no legal authority for his proposition that the October 10, 2006, order should be reversed.

      The Magistrate Judge based his ruling on the proposition that the United States Supreme

1  Court has ruled that district courts lack authority to require counsel to represent indigent
2  prisoners in § 1983 cases.  <u>Mallard v. United States District Court for the Southern District of</u>
3  <u>Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).
4      In certain exceptional circumstances, the court may request the voluntary assistance of
5  counsel pursuant to 28 U.S.C.  § 1915(d).  <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990);
6  <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  The Magistrate Judge found that In the
7  present case, the court does not find the required exceptional circumstances.
8      Accordingly, Plaintiff's motion for reconsideration the order denying appointment of
9  counsel is denied.
10     IT IS SO ORDERED.
11 **Dated:   February 28, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2